IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CUTTER SOUTHWEST AIRCRAFT SALES, LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**KANSAS CITY AVIATION CENTER, INC.,**<br><br>  Defendant. | Case No. 23-2106-DDC-KGG |

## MEMORANDUM AND ORDER

This matter comes before the court on the parties' Stipulation and Request for Order (Doc. 12). Consistent with D. Kan. Rule 54.2(a) and (b), the parties have conferred and have stipulated to an attorney's fee award to plaintiff Cutter Southwest Aircraft Sales, LLC in the amount of $2,909.07. The parties also ask the court to enter an order awarding attorney's fees to plaintiff in that agreed-to amount. The court grants the parties' "Request for Order" and orders defendant Kansas City Aviation Center, Inc. to pay plaintiff Cutter Southwest Aircraft Sales, LLC's attorney's fees in the amount of $2,909.07.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the parties' Stipulation and Request for Order (Doc. 12) is granted. Under D. Kan. Rule 54.2(b), the court grants the parties' request for order and orders defendant Kansas City Aviation Center, Inc. to pay plaintiff Cutter Southwest Aircraft Sales, LLC's attorney's fees in the amount of $2,909.07.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2023, at Kansas City, Kansas.

s/ Daniel D. Crabtree
Daniel D. Crabtree
United States District Judge